# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PROMYSE PROSTHETIC-ORTHOTIC
GROUP, INC.

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF ECONOMIC
DEVELOPMENT AND STEPHEN
MORET, SECRETARY OF THE
DEPARTMENT OF ECONOMIC
DEVELOPMENT

NO.  2022 CW 0912

OCTOBER 11, 2022

---

In Re:   The Department of Economic Development and Don
         Pierson, applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No.
         632258.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

---
DEPUTY CLERK OF COURT
     FOR THE COURT